UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 13-CV-12424

| | |
|---|---|
| ANDRES RAMON MELO, | ) <br> ) |
| Plaintiff, | ) |
| v. | ) <br> ) |
| ROOFDECK LLC, and <br> BASEBALL TAVERN, INC., | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF SETTLEMENT

The Parties, by and through the undersigned counsel, hereby submit this Notice of Settlement to advise the Court that a settlement has been reached by the Parties. The settlement documents are being drafted and will be circulated to the parties for execution. The Parties respectfully request that the Court dismiss the case without prejudice subject to the right of either party to move within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully Submitted,

| The Plaintiff: | The Defendants: |
|---|---|
| ANDRES RAMON MELO | ROOFDECK LLC & BASEBALL TAVERN, INC. |
| By his attorneys | By their attorneys |

/s/Edward N. Garno, Esq.　　　　　　/s/ Jennifer Dopazo Gilbert

Edward N. Garno, Esq.　　　　　　　Jennifer Dopazo Gilbert
BBO#54378　　　　　　　　　　　　BBO# 632770
147 Central Street, Suite 213　　　　 300 Washington Street, 1st Floor
Lowell, MA 01852　　　　　　　　　Brookline, MA  02445
Tel: 978.687.7805 | Fax: 978.446.1311　Tel: 617.383.6000 | Fax: 617.383.6001
nedgarno@hotmail.com　　　　　　　jgilbert@boballenlaw.com

/s/ Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
2800 Weston Road, Suite 101
Weston, FL 33331
Tel: 954.530.2236 / Fax: 954.530.6628
tshulby@shulbylaw.com

Date: July 24, 2014

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 13-CV-12424

|  |  |
|---|---|
| ANDRES RAMON MELO, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROOFDECK LLC, and | ) |
| BASEBALL TAVERN, INC., | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

    I, Todd W. Shulby, Esq., hereby certify that I have, this 24th day of July 2014, filed this document through the ECF system and served copies of the above document electronically to registered participants and paper copies were sent to any party indicated as a non-registered participant first class mail, postage prepaid.

    /s/ Todd W. Shulby, Esq.
    Todd W. Shulby, Esq.