UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Andres Ramon Melo,

        Plaintiff(s),

                                          CIVIL ACTION NO. 1:13cv12424 - RGS

v.

Roofdeck, LLC and Baseball Tavern, Inc.,

        Defendant(s).

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, DJ.

The Court having been advised by counsel that the above-entitled action has settled:

It is hereby ordered that this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within thirty days if settlement is not consummated.

    SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

                BY:

                                              /s/ *Terri Seelye*

Dated: July 24, 2014                             Deputy Clerk